1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Syed Salman Rizvi; STATE OF CALIFORNIA, *ex rel.* Syed Salman Rizvi; STATE OF COLORADO *ex rel.* Syed Salman Rizvi; DISTRICT OF COLUMBIA *ex rel.* Syed Salman Rizvi; STATE OF GEORGIA *ex rel.* Syed Salman Rizvi; STATE OF HAWAII *ex rel.* Syed Salman Rizvi; STATE OF MARYLAND *ex rel.* Syed Salman Rizvi; COMMONWEALTH OF VIRGINIA *ex rel.* Syed Salman Rizvi; and STATE OF WASHINGTON *ex rel.* Syed Salman Rizvi,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH | CIVIL NO. 3:19-cv-05779-BHS<br><br><br><br><u>**PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL**</u> |

13
14
15
16
17
18
19
20
21
22
23

PLAN, INC.;
KAISER FOUNDATION HEALTH PLAN OF COLORADO, INC.;
KAISER FOUNDATION HEALTH PLAN OF GEORGIA, INC.;
KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC.;
KAISER FOUNDATION HEALTH PLAN OF THE NORTHWEST, INC.; and,
KAISER FOUNDATION HEALTH PLAN OF OHIO, INC.,

Defendants.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff-Relator Syed Salman Rizvi voluntarily dismisses the above-referenced matter without prejudice. The United States and the above-listed States consent to the dismissal without prejudice and it is Relator's understanding that the United States and the above-listed States will also file a notice of consent to voluntary dismissal.

Respectfully submitted this 20th day of August, 2024.

S/ *Robert A. McGuire, III*
Robert A. McGuire, III, WSBA #50649
ROBERT MCGUIRE LAW FIRM
113 Cherry Street PMB 86685
Seattle, WA 98104-2205
Telephone: (253) 267-8530
Fax: (253) 267-8530
E-mail: ram@lawram.com

*Attorney & Local Counsel*
*for Relator Syed Salman Rizvi*

David Berg

BERG & ANDROPHY
3704 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622`
Facsimile (713) 529-3785

*Attorneys for Relator Syed Salman Rizvi*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2024, I caused a true and correct copy of this Notice to served via ECF.

S/ *Robert A. McGuire, III*
Robert A. McGuire, III, WSBA #50649