The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, GEORGIA, HAWAII, MARYLAND, and WASHINGTON; the DISTRICT OF COLUMBIA; and the Commonwealth of VIRGINIA, *ex rel.* Syed Salman Rizvi,<br><br>Plaintiffs,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLANS, INC., *et al.*,<br><br>Defendants. | CASE NO. 19-cv-5779-BHS<br><br>**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL** |

Relator Syed Salman Rizvi has filed a Notice of Voluntary Dismissal of this *qui tam* action. The United States hereby notifies the Court that it consents to the dismissal of this action without prejudice to the rights of the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources based on currently available information.

NOTICE OF CONSENT TO DISMISSAL - 1
CASE NO. 19-cv-5779-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States further consents that the Relator's Complaint, the Relator's Notice of Dismissal, this Notice, the Court's Order dismissing this action, and all other filings in this action be unsealed.

Dated this 21st day of August, 2024.

Respectfully submitted,

TESSA. M. GORMAN
United States Attorney

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: kayla.stahman@usdoj.gov

*Attorneys for the United States of America*

NOTICE OF CONSENT TO DISMISSAL - 2
CASE NO. 19-cv-5779-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970